FILED
DISTRICT COURT OF GUAM
SEP 27 2005
MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 00-00078 |
| Plaintiff, | |
| vs. | |
| VICTORINO DELIMA SANTIAGO, | ORDER |
| Defendant. | |

This matter is before the Court on Defendant Victorino Delima Santiago's ("Santiago") "Motion to Transfer to INS Detention Center at El Paso, Texas." *See* Docket No. 25. The Court finds that Santiago's motion is moot. The Court has received information that Santiago was deported to the Philippines on August 2, 2005. See attached documentation. Accordingly, Santiago's motion is DENIED.

**SO ORDERED** this 26 day of September, 2005.

Lloyd D. George*
United States District Judge

ORIGINAL

---

* The Honorable Lloyd D. George, United States Senior District Judge for Nevada, by designation.

RECEIVED AUG 10 2005
U.S. Probation Office
District of Guam

FOR DEPARTMENT OF HOMELAND SECURITY, BUREAU OF
IMMIGRATION AND CUSTOMS ENFORCEMENT USE ONLY

| NAME: | SANTIAGO, Victorino D. | Case No. | 00-00078-001 | Alien # SSN # USMS # FBI # | [redacted] |

**STATUS:**

☒ Deported, when and where: August 2, 2005, from Las Vegas, NV

☐ Granted Asylum, when and where released: _____

☐ Pending court appearance, hearing date: _____

☐ Confined at Department of Corrections, Mangilao, Guam.

☐ Other: _____

COMMENTS:

ENTERED
Cnrono
AUG 12 2005

| Residential Address: | Contact No.: | Employer: |

IMMIGRATION OFFICER: B. Franco      DATE: 8/4/05

PLEASE PROVIDE DOCUMENTATION SUPPORTING THE DEFENDANT'S STATUS.

Please return form to:   U.S. Probation Office
District of Guam
Attn: Jeanette T. Tudela
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Fax: (671) 473-9202