# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **USA,** | |
| Plaintiff, | |
| vs. | **Case No: 1:00-cr-00078** |
| **Victorino Delima Santiago,** | |
| Defendant. | |

The following entities were served by first class mail on September 27, 2005:

    Victorino Delima Santiago

I, Marilyn B. Alcon, declare under penalty of perjury that on the above-listed date I served the:

*Order re Motion to Transfer to INS Detention Center at El Paso, Texas*

on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 27, 2005                            /s/ Marilyn B. Alcon
                                                                              Deputy Clerk