vicsantiagouns

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

FEB 0 8 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 00-00078 |
| Plaintiff, | |
| vs. | **APPLICATION TO UNSEAL RECORD** |
| VICTORINO DELIMA SANTIAGO, | |
| Defendant. | |

The United States moves this Honorable Court for an order unsealing document number 6 in the above-entitled case for the reason that the investigation is now complete

Respectfully submitted this 8h day of February 2008.

                LEONARDO M. RAPADAS
                United States Attorney
                Districts of Guam and NMI

By: _____
      MARIVIC P. DAVID
      Assistant U.S. Attorney

ORIGINAL

Case 1:00-cr-00078  Document 33  Filed 02/08/2008  Page 1 of 1