LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 00-00078 |
| Plaintiff, | |
| vs. | **ORDER** |
| VICTORINO DELIMA SANTIAGO, | |
| Defendant. | |

Upon the government's filing of an application to unseal Docket No. 6 and for good cause shown,

IT IS HEREBY ORDERED that said document be unsealed.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Feb 12, 2008**